IN THE SUPREME COURT OF TEXAS

 No. 08-0884

 IN RE SCOGGINS CONSTRUCTION COMPANY, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed October 20, 2008, is
granted. All trial court proceedings in Cause No. C-1473-06-I-2, styled
Mercedes Independent School District (re: Mercedes Early Childhood Center)
v. Scoggins Construction Company, Inc., in the 398th District Court of
Hidalgo County, Texas, are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., November 24, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 24, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk